IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL ACTION |
| v. ) | |
| ) | No. 09-20034-KHV |
| TAURINO CERECERES-MORALES, ) | |
| JUAN MORALES and JESUS ROBLES, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on the letter (Doc. #95) from all three defendants received November 16, 2009, which the Court construes as a pro se motion to review prior counsel's conduct. The Court overrules defendants' pro se motion because they are represented by counsel who did not sign the motion. See Fed. R. Civ. P. 11 (every pleading, written motion and other paper shall be signed by at least one attorney of record); United States v. Sandoval-DeLao, 283 Fed. Appx. 621, 625 (10th Cir. 2008) (no error in refusal to consider pro se motion when defendant represented by counsel); United States v. Castellon, 218 Fed. Appx. 775, 780 (10th Cir. 2007) (if criminal defendant represented by counsel, court does not accept pro se filings or allegations); United States v. McKinley, 58 F.3d 1475, 1480 (10th Cir. 1995) (no constitutional right to "hybrid form of representation").

**IT IS THEREFORE ORDERED** that the letter (Doc. #95) from all three defendants received November 16, 2009, which the Court construes as a pro se motion to review prior counsel's conduct, be and hereby is **OVERRULED**.

Dated this 24th day of November, 2009, at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge